**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| (I')SLA BALLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-1772 CAS |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court *sua sponte*.  On September 12, 2013, the Court ordered plaintiff to show cause why this case should not be stayed and administratively closed according to the principles outlined in the Supreme Court case of <u>Wallace v. Kato</u>, 549 U.S. 384, 397 (2007). Plaintiff has failed to respond to this Court's Memorandum and Order.[1]  Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this <u>4th</u> day of December, 2013.

---

[1]Plaintiff was told that his failure to respond to the Court's Order to Show Cause would result in a dismissal of his action, without prejudice, pursuant to Fed.R.Civ.P. 41(b).